# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KEITH LONDON,
        Plaintiff,

v.                                                       Case No. 15-C-0428

DAVID A. CLARKE, et al.,
        Defendants.

## ORDER

Plaintiff Keith London, pro se, has filed this case alleging "misconduct by Wisconsin's public entities" and interference with his ability to "properly petition and prosecute his claims of redress." Compl. at 2 (ECF No. 1). Plaintiff names me, along with numerous other individuals, as a defendant in this action, and I therefore must recuse myself from presiding over this matter. *See* 28 U.S.C. § 455(b)(5)(i) (requiring a judge to recuse himself if he "is a party to the proceeding."). Therefore, this action will be returned to the Clerk of Court for random reassignment to another judge.

Dated at Milwaukee, Wisconsin, this 15th day of April, 2015.

                                                                s/ Lynn Adelman
                                                                _____
                                                                LYNN ADELMAN
                                                                District Judge